UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL BUNN,

    Petitioner,

vs.

WARDEN SALINAS VALLEY STATE PRISON,

    Respondent.
             /

No. C 09-0251 PJH (PR)

**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO AMEND**

    Petitioner's motion for an extension of time to amend his petition (document number 6 on the docket) is **GRANTED**. The amendment shall be filed by January 21, 2010.

    **IT IS SO ORDERED.**

Dated: January 19, 2010.

                     PHYLLIS J. HAMILTON
                     United States District Judge

G:\PRO-SE\PJH\HC.09\BUNN0251.EXT-P.wpd