United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL BUNN,

        Petitioner,                      No. C 09-0251 PJH (PR)

  vs.                                         **ORDER OF DISMISSAL**

WARDEN SALINAS VALLEY STATE PRISON,

        Respondent.
                                /

     This is a habeas case filed pro se by a state prisoner.  It was dismissed with leave to amend within thirty days in an order entered on October 22, 2009.  The deadline to amend was extended to January 21, 2010, in response to a letter from petitioner asking for a sixty-day extension.  No amendment has been filed.  This case therefore is **DISMISSED** for failure to state a basis for federal habeas relief and failure to comply with a court order.  *See* Fed. R.Civ.P. 41(b).

     **IT IS SO ORDERED.**

Dated: 2/11/10

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

P:\PRO-SE\PJH\HC.09\BUNN0251.DSM.wpd