UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BILL BUNN,

        Petitioner,

  vs.

WARDEN SALINAS VALLEY STATE PRISON,

        Respondent.

No. C 09-0251 PJH (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

The court denied this habeas case brought by a state prisoner as untimely and granted a certificate of appealability. Docket No. 36. Petitioner filed a second motion for relief from judgment that was denied, yet the court did not rule if a certificate of appealability should issue with respect to the motion for relief from judgment. Docket No. 41. The Ninth Circuit has remanded this case for the limited purpose of granting or denying a certificate of appealability for the motion for relief from judgment

A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" in the order denying relief from judgment, or one in which "jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]" in the order. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

As stated in the court's order dismissing the case, the statute of limitations expired on September 19, 2007. Petitioner did not file his first state petition until September 5, 2007, just two weeks prior to the expiration of the statute of limitations. His final state petition was denied by the California Supreme Court on December 17, 2008, and he filed this federal petition on January 14, 2009.

Petitioner was not entitled to tolling for all of his state petitions. Yet, even if petitioner were provided tolling for all of his state petitions, he would still needed to have filed the federal petition within two weeks from December 17, 2008. However, the federal petition was not filed until nearly a month later so the petition would still be untimely by nearly two weeks.

Petitioner argued in his second motion for relief from judgement that he was entitled to additional tolling. However, his new arguments did not qualify as newly discovered evidence and regardless, lacked merit. That he filed a petition with the United States Supreme Court after the statute of limitations expired and a month after the instant federal petition did not retroactively extend the limitations period.[1] Even after giving petitioner the benefit of every doubt, this petition was untimely.

## CONCLUSION

For all these reasons the court declines to issue a certificate of appealability. The Clerk shall forward this Order to the Ninth Circuit in case No. 13-17676.

**IT IS SO ORDERED.**

Dated: January 13, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.09\Bunn0251.coa.wpd

---

[1] The petition was denied by the Supreme Court.